George R. CONROY and Georgia J. Conroy, Respondents,

v.

Gene A. BROWNING, Appellant.

No. WD 40942.

Missouri Court of Appeals, Western District.

March 21, 1989.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 2, 1989.

L.R. Magee of Hines & Magee, Kansas City, for appellant.

Roger J. Barbieri of Barbieri & Barbieri, Kansas City, for respondents.

Before MANFORD, P.J., and TURNAGE and LOWENSTEIN, JJ.

### ORDER

PER CURIAM:

This is an appeal from a judgment for damages as a result of negligence.

THE JUDGMENT IS AFFIRMED. Rule 84.16(b).